IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICKIE R. LOGAN,<br>    Petitioner,<br><br>vs.<br><br>JARROD CARUSO, et al.,<br>    Respondents. | Civil Action No. 15-1699 |

## ORDER

AND NOW, this 28th day of September, 2016,

IT IS ORDERED that Magistrate Judge Mitchell's Report and Recommendation dated August 9, 2016 (ECF No. 25) is adopted as the opinion of the court, as supplemented by the accompanying Memorandum Opinion.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus filed by Petitioner Nickie R. Logan (ECF No. 6) is dismissed and a certificate of appealability is denied.

IT IS FURTHER ORDERED that the motions for appointment of counsel and an investigator filed by Petitioner (ECF Nos. 13, 27) are dismissed as moot.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States Chief District Judge

cc: Nickie R. Logan
LJ-7274
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112