IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICKIE R. LOGAN, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 2:15-cv-1699 |
| | ) | |
| v. | ) | Judge Joy Flowers Conti |
| | ) | Magistrate Judge Patricia L. Dodge |
| JARROD CARUSO, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**<u>MEMORANDUM ORDER</u>**

State prisoner Nickie Logan ("Petitioner") initiated this federal habeas case in December 2015. In his petition for a writ of habeas corpus, which he filed pursuant to 28 U.S.C. § 2254, he challenged the validity of his convictions and sentences entered by the Court of Common Pleas of Allegheny County at docket numbers CP-2-CR-4829-2011, CP-2-CR-4530-2011, and CP-2-CR-6403-2011. On September 28, 2016, this court issued a final order in which it dismissed all of Petitioner's claims and closed this case. On November 19, 2018, the United States Court of Appeals for the Third Circuit, which had granted Petitioner a certificate of appealability on one claim, affirmed this court's judgment. *Logan v. District Attorney of Allegheny County*, 752 F. App'x 119, 121-22 (3d Cir. 2018). The United States Supreme Court denied Petitioner's petition for a writ of certiorari on June 17, 2019.

On June 11, 2019, Petitioner filed with this court the pending motion, which he entitled "Motion for Relief from Final Judgment, Order, Pursuant to Rule 60(b)." (ECF No. 41). On November 13, 2019, the magistrate judge to whom this case was referred in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Local Rules for Magistrate Judges, issued a Report and Recommendation (ECF No. 49) in which she recommended that the court dismiss Petitioner's

1

motion and deny a certificate of appealability. Petitioner's objections to the Report and Recommendation were due by December 2, 2019. He did not file any objections. After *de novo* review of Petitioner's motion, the Respondents's response (ECF No. 45), Petitioner's reply (ECF No. 48), and the other relevant documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 18th day of December, 2019;

IT IS HEREBY ORDERED that Petitioner's "Motion for Relief from Final Judgment, Order, Pursuant to Rule 60(b)(2)" (ECF No. 41) is DISMISSED. The Report and Recommendation of Magistrate Judge Patricia L. Dodge, filed on November 13, 2019, is adopted as the opinion of the court.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge